UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| AMBER RAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No: 3:26-cv-30069 |
| | ) | |
| INTUITIVE SURGICAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Intuitive Surgical, Inc. ("Intuitive") hereby removes to this Court, the United States District Court for the District of Massachusetts, Western Division, the above-captioned matter that was initiated by Plaintiff, Amber Rand ("Plaintiff"), in the Superior Court of the Commonwealth of Massachusetts, Hampden County.

Removal is authorized by 28 U.S.C. § 1441(a), and this Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because Intuitive and Plaintiff are of diverse citizenship and Plaintiff alleges that the amount in controversy in this case exceeds $700,000, exclusive of interests and costs. In further support of this Notice of Removal, Intuitive states as follows:

## BACKGROUND

1. On or about March 16, 2026, Plaintiff filed the above-captioned action against Intuitive in the Massachusetts Superior Court for Hampden County.

2. The summons and complaint were served on Intuitive's counsel on April 8, 2026.

3. The Complaint asserts claims against Intuitive for: Sex Discrimination in violation of G.L. c. 151 B §4(1) (Count I); Pregnancy Discrimination in violation of G.L. c. 151B § 4(1) (Count Two); Retaliation in violation of G.L. c. 151B § 4(4) (Count Three); Retaliation in violation of G.L. c. 151 §4 (4A) (Count IV); Retaliation in violation of G.L. c. 151B § 4 (11A) (Count V); Retaliation in violation of G.L. c. 175M § 9 (Count VI); and Late Payment of Wages in violation of G.L. c. 149 § 148 (Count VII).

4. Intuitive has not yet filed a responsive pleading to the Complaint.

5. The time for removal prescribed by 28 U.S.C. § 1446(b) has not expired.

**GROUNDS FOR REMOVAL**

6. The Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

7. This action is between "citizens of different states[.]" See id.

8. Plaintiffs' Complaint alleges that she is an individual residing in Hampden County, Massachusetts and is a citizen of Massachusetts.

9. Intuitive is a California corporation with a principal place of business located at 1020 Kifer Road, Sunnyvale, CA 94086. Intuitive is a citizen of California and not a citizen of Massachusetts.

10. The amount in controversy alleged by Plaintiff in this action "exceeds the sum or value of $75,000, exclusive of interest and costs[.]" See id. § 1332(a)(1).

11. The Civil Action Cover Sheet filed by Plaintiff and signed by her counsel in this case avers that the "TOTAL" amount of claimed damages is "$700,000+".

12. The Complaint seeks compensatory damages, including lost income and emotional distress, multiple damages, punitive damages, attorneys' fees and costs.

**Procedural Requirements for Removal Have Been Satisfied**

13. This Notice of Removal has been filed within 30 days after Plaintiff was served with the summons and Complaint. See id. § 1446(b)(1).

14. A copy of all process, pleadings, and orders served upon Intuitive are attached as exhibits to this Notice of Removal. See id. § 1446(a).

15. This action has been removed to the district court of the United States for the district and division embracing the place where this action was pending in state court. See id. §§ 1441(a), 1446(a).

16. Intuitive will provide prompt written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of the notice with the Clerk of the Massachusetts Superior Court for Hampden County. See id. § 1446(d).

**Non-Waiver of Defenses**

17. By removing this action from Massachusetts Superior Court, Intuitive does not waive any defenses available to it.

18. By removing this action from Massachusetts Superior Court, Intuitive does not admit any of the allegations of the Complaint.

Dated: April 27, 2026

Respectfully submitted,

Wayne F. Dennison (BBO #558879)
Rachel E. Feiden (BBO #706645)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
T: 617-856-8200
wdennison@brownrudnick.com
rfeiden@brownrudnick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorney of record for the Plaintiff via electronic and U.S. mail on April 27, 2026.

Benjamin C. Rudolf, Esq.
Rudolf, Smith, Griffis & Ruggieri, LLP
446 Main Street, Suite 1503
Worcester, MA 01608
rudolf@rudolfsmith.com

Wayne F. Dennison