UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBER RAND,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Civil Action No. 26-30069-MGM |

SCHEDULING ORDER
June 16, 2026

MASTROIANNI, U.S.D.J.

The following amended schedule is entered based on the parties' Joint Statement (Dkt. No. 11) and the schedule set at today's Scheduling Conference:

1. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be exchanged by **July 31, 2026.**

2. Except for good cause shown, motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses shall be filed by **August 7, 2026.**

3. All requests for admission and all requests for production of documents and interrogatories must be served by **October 28, 2026.**

4. All depositions, other than expert depositions, and all non-expert fact discovery must be completed by **December 31, 2026.**

5. Opening expert reports must be completed by **January 29, 2027.**

6. Responding expert reports must be completed by **February 26, 2027.**

7. Rebuttal expert reports must be completed by **March 15, 2027.**

8. Expert discovery shall be completed by **April 30, 2027.**

9. Dispositive motions, if any, shall be filed by **May 31, 2027**. Oppositions shall be filed by **June 30, 2027**. Replies, if any, shall be filed by **July 14, 2027**. The reply brief may not exceed 12 pages, double-spaced.

10. A hearing on any filed dispositive motions will be held on **July 28, 2027, at 11:00 AM.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge